**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **THOMAS QUINN and THERESA QUINN**, individually and on behalf of a class similarly situated persons, | }<br>}<br>}<br>} |
| Plaintiffs, | }<br>} |
| v. | }<br>} |
| **SPECIALIZED LOAN SERVICING, LLC**, | }<br>}<br>} |
| Defendant. | } |

16 cv 2021

Judge Elaine E. Bucklo

Magistrate Judge Jeffrey T. Gilbert

**DEFENDANT'S MOTION TO COMPEL**
**INITIAL DISCLOSURES AND DISCOVERY RESPONSES**

Defendant, Specialized Loan Servicing, LLC ("**SLS**"), respectfully submits this Motion to Compel Initial Disclosures and Discovery Responses from Plaintiffs, Thomas and Theresa Quinn ("**Plaintiffs**"). As set forth in the accompanying memorandum in support, despite several attempts by SLS to get Plaintiffs to serve Rule 26(a)(1) Initial Disclosures and to respond to SLS's written discovery requests, Plaintiffs have not served their Initial Disclosures and have not served any discovery responses or produced any responsive documents. The Court should therefore grant SLS's motion and order Plaintiffs to serve their Initial Disclosures and to completely respond to SLS's discovery requests. In addition, in accordance with Rule 37 of the Federal Rules of Civil Procedure, SLS requests that the Court award SLS its attorneys' fees incurred in connection with this motion.

WHEREFORE, SLS respectfully requests that the Court grant SLS's Motion to Compel and order Plaintiffs to serve their Rule 26(a)(1) Initial Disclosures and to serve written responses and produce responsive documents in response to SLS's Discovery Requests. SLS also requests

1

that the Court award SLS its reasonable attorneys' fees and expenses incurred in filing this motion under Rule 37(a)(5).

Respectfully submitted,

/s/ Gabriel A. Crowson
Gabriel A. Crowson
(N.D. Ill. No. 28009; ARDC 6289290)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
gcrowson@mcglinchey.com

- and -

James V. Noonan (#6200366)
**Noonan & Lieberman, Ltd.**
105 West Adams Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 431-1453
jnoonan@noonanandliebermand.com

*Counsel for Defendant Specialized Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record, via the

Court's CM/ECF system, this 18th day of September, 2017.


/s/ Gabriel A. Crowson
Gabriel A. Crowson